# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**844**

**CA 13-00288**

PRESENT: SCUDDER, P.J., SMITH, CENTRA, FAHEY, AND PERADOTTO, JJ.

---

STEPHANIE L. WORDEN, PLAINTIFF-RESPONDENT,

V                                                    ORDER

TONI SIMPSON AND FREDERICK L. SIMPSON,
DEFENDANTS-APPELLANTS.

---

ADAMS, HANSON, REGO, CARLIN, KAPLAN & FISHBEIN, ALBANY (PAUL G. HANSON OF COUNSEL), FOR DEFENDANTS-APPELLANTS.

MICHAEL A. CASTLE, HERKIMER, FOR PLAINTIFF-RESPONDENT.

-------------------------------------------------------------------------------------------------------------

Appeal from an order of the Supreme Court, Herkimer County (Norman I. Siegel, J.), entered November 5, 2012.  The order denied the motion of defendants for summary judgment.

Now, upon the stipulation discontinuing action signed by the attorneys for the parties on August 6, 2013, and filed in the Herkimer County Clerk's Office on August 27, 2013,

It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.

Entered:  March 21, 2014                         Frances E. Cafarell
                                                 Clerk of the Court